[No. 3,338.]

# THE PEOPLE OF THE STATE OF CALIFORNIA *v.* WILLIAM PARKS.

PROOF OF "LOCUS DELICTI."—Where the evidence tended to show that the offense charged in the indictment was committed at a certain saloon, but there was nothing in the record tending to show that the saloon was situated in the county, there was a failure to prove the *locus delicti.*

APPEAL from the County Court of Yolo County.

The defendant was convicted of grand larceny, and appealed.

The other facts are stated in the opinion.

*S. G. Harper,* for Appellant.

*J. C. Ball,* for Respondent.

By the Court, WALLACE, C. J.:

The indictment alleges the offense to have been committed in the County of Yolo. The defendant pleaded not guilty, and it was, of course, incumbent upon the prosecution to prove the *locus delicti.* This was not done. The evidence conduces to establish that the robbery charged was committed, if at all, at the drinking saloon of Stroback, but there is nothing in the record which tends in the slightest degree to show that this saloon was situated in the County of Yolo.

Judgment reversed, and cause remanded for a new trial.